UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HERMINO GARCIA ROJAS, <br><br> Defendant. | NO: CR-10-2133-RMP <br><br> **ORDER DISMISSING INDICTMENT** |

IT IS HEREBY ORDERED that, upon oral motion by the Government in open court on November 17, 2011, the Indictment in the above-entitled matter is dismissed. The Court makes no judgment as to the merit or wisdom of this dismissal. Accordingly,

1. The Government's oral motion to dismiss the indictment is **GRANTED**.
2. All scheduled deadlines are terminated.
3. All scheduled court hearings are stricken.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

DATED this 18th day of November, 2011.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        UNTIED STATES DISTRICT COURT JUDGE

ORDER DISMISSING INDICTMENT ~ 1